ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNEHA ASIF ALI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REBECCA SHEEHY, ET, AL.,<br><br>　　　　　　Defendants. | CASE NO. 2:25-CV-03092-TLN-JDP<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |

　　　　The parties jointly request and stipulate to a two-week extension of time for Defendants to respond to the Complaint, so that the parties can discuss a potential resolution to this matter.

　　　　The Court previously granted Defendants' request to stay this matter in light of the lapse of appropriations to the Department of Justice. (ECF 10). Defendants' response to the complaint is currently due January 12, 2026.

　　　　In this case, Plaintiff, Sneha Asif Ali, seeks *de novo* review of the U.S. Citizenship and Immigration Services' ("USCIS") denial of Ali's application for naturalization as a United States citizen under 8 U.S.C. § 1421(c).

///

///

///

///

STIPULATION AND ORDER
FOR FIRST EXTENSION OF TIME

1

Because the parties seek additional time to further discuss a potential resolution that may resolve this matter without further involvement by this Court, the parties stipulate that the date for Defendants to file an answer or other dispositive pleading is January 26, 2026. The parties further request that all other filing deadlines and any initial status conference be vacated or similarly extended and reset.

Respectfully submitted,

Dated:  January 9, 2026

ERIC GRANT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  January 9, 2026

/s/ NGUYEN D. LUU
NGUYEN D. LUU
Counsel for Plaintiff

## ORDER

IT IS SO FOUND AND ORDERED this 9th day of January, 2026.

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER
FOR FIRST EXTENSION OF TIME

2