ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNEHA ASIF ALI, | CASE NO. 2:25-CV-03092-TLN-JDP |
| Plaintiff, | STIPULATION RE: ADJUDICATION OF APPLICATION FOR NATURALIZATION AND DISMISSAL; ORDER |
| v. | |
| REBECCA SHEEHY, ET AL., | |
| Defendants. | |

The parties by and through their respective counsel hereby stipulate to dismiss the complaint and for the United States Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff Sneha Asif Ali's ("Ali") application for naturalization.  The parties further stipulate as follows:

1.      The complaint in this case seeks *de novo* judicial review of USCIS's denial of Ali's application for naturalization as a United States citizen under 8 U.S.C. § 1421(c).  ECF No. 1.

2.      The parties agree that there currently are no known impediments to Ali's naturalization as a United States citizen.  Therefore, the parties seek to dismiss this case so that USCIS can adjudicate Ali's application for naturalization.  Unlike 8 U.S.C. § 1447(b), 8 U.S.C. § 1421(c) does not expressly provide for remand.  Therefore, the parties agree that dismissal is appropriate to ensure USCIS is vested with the authority to adjudicate Ali's application for naturalization.  The parties believe that dismissal may facilitate a prompt, efficient, and economic resolution of this matter without the need for extensive discovery or further involvement by this Court.

3.      Ali must establish that she meets all of the requirements for naturalization.  *See* 8 U.S.C.

1

STIPULATION; ORDER

§ 1427 (setting forth the requirements an applicant must satisfy to be eligible for naturalization); *see also Berenyi v. District Director, INS*, 385 U.S. 630, 637 (1967) ("[T]he burden is on the alien applicant to show his eligibility for citizenship in every respect.").  Consequently, the parties understand that during the adjudication USCIS may inquire into whether there are any new facts that may render Ali ineligible for naturalization.

4.    The parties further agree that, in the event USCIS fails to adjudicate Ali's application for naturalization within 14 days of this Court's order of dismissal or denies Ali's application for naturalization, Defendants will not oppose a request by Ali to this Court to reinstate the Complaint.

5.    Each party shall bear its own fees and costs.

For the foregoing reasons, the parties stipulate and request that this Court dismiss this matter.

Respectfully submitted,

Dated:  January 16, 2026

ERIC GRANT
United States Attorney

By:  /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ NGUYEN D. LUU
NGUYEN D. LUU
Counsel for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  January 20, 2026

Troy L. Nunley
Chief United States District Judge

2

STIPULATION; ORDER